IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALON MOR, ET AL.,

      Appellant,

v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY AS
TRUSTEE FOR MORGAN
STANLEY ABS CAPITAL 1
INC. TRUST 2007-HE6,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2821

Opinion filed May 1, 2015.

An appeal from the Circuit Court for Bay County.
Dedee S. Costello, Judge.

W. Jeffrey Barnes, Boca Raton, for Appellant.

Travis J Halstead and Michael W. Smith of Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC, Orlando, and Melissa Muros of Robertson, Anschutz & Schneid,
Boca Raton, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C. J., MARSTILLER, and OSTERHAUS, JJ., CONCUR.